*J. A. Anderson, J. T. Pendleton, J. L. Mayson* and *W. P. Hill,* for defendants.

---

### TIERNAN *v.* KAISER *et al.*

COBB, J.    This was an equity case which was referred to an auditor.    While on some of the points involved the evidence was conflicting, every finding of the auditor is supported by evidence, and the discretion of the judge of the superior court in overruling all of the exceptions of fact will not be interfered with.    Neither the exceptions of law to the auditor's report which were overruled by the judge, nor the assignments of error in the bill of exceptions upon the final decree, present any sufficient reason for reversing the judgment in the case.                *Judgment affirmed.    All the Justices concurring.*

Argued June 1,—Decided July 24, 1901.

Exceptions to auditor's report.    Before Judge Lumpkin.    Fulton superior court.    October 6, 1900.

*A. H. Davis,* for plaintiff in error.    *Slaton & Phillips,* contra.

---

### GWINN, administrator, *v.* ALMAND *et al.*

COBB, J.    When a bill of exceptions recites that a demurrer to a petition was sustained and that the plaintiff excepted to this ruling, and the certificate of the judge, instead of verifying without qualification the bill of exceptions as written, embraces a statement to the effect that before the court passed upon the demurrer counsel for the plaintiff informed the court that they did "not care to submit any argument nor to resist the demurrer," and that the judge signed the order of dismissal, "considering it a consent order," such bill of exceptions is not duly certified, and presents no question for determination by the Supreme Court.

*Writ of error dismissed.    All the Justices concurring.*

Submitted June 6,—Decided July 24, 1901.

*A. C. McCalla,* for plaintiff.    *W. W. Braswell,* for defendants.